**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD STERNBERG,

                                Plaintiff,                      17 **CIVIL** 8523 (ALC)

                -against-                                    **JUDGMENT**

THE PAUL REVERE LIFE INS. CO.,
                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 3, 2020, Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary is GRANTED.

**Dated:** New York, New York
           January 3, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                 **Clerk of Court**
                                    **BY:**
                                                                   _____
                                                                 **Deputy Clerk**